IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT WILLIAM GALLOWAY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | No. CIV-08-285-C |
| | ) | |
| BRUCE G. HOWARD, et al., | ) | |
| | ) | |
| Respondents. | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Robert E. Bacharach, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Bacharach entered a Report and Recommendation on November 19, 2008, to which Petitioner has timely objected. The Court therefore considers the matter de novo.

Petitioner's objection merely restates his original arguments and, without factual support, argues he is entitled to a hearing and relief. To the contrary, there is no argument of fact or law not fully considered and correctly rejected by the Magistrate Judge, and no argument of fact or law is set forth in the objection which would require a different result.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. Petitioner's request for an evidentiary hearing is likewise denied. A judgment will enter accordingly.

IT IS SO ORDERED this 10th day of December, 2008.

ROBIN J. CAUTHRON
United States District Judge